RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT

JUN 16 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____RS_____ · DEPUTY

Name: THE MIDNIGHT MISSION
C/O IZAZ KHAN

Address: 601 - S - SAN PADRO

LOS ANGELES CA 90014

~~Phone~~: E.MAIL ADDRESS

Plaintiff KAAN IZAZ AERO @ gMAIL.COM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IZAZ KHAN,

PLAINTIFF,

VS. US DEPARTMENT OF JUSTICE
US DISTRICT COURT CENTRAL DISTRICT
OF CALIFORNIA LA CA CLARK OFFICE
G8 PRO-SE SECTION HEAD CLARK
TERREY NAFISI, SHE RON MCfee TAYLOR
RHENDA MARSHELL, CHRIS, IN HOUSE
SECURITY, MIKE, DOUG, CRAIG, OVER
LOOK BY US MARSHELL'S
US DEPARTMENT OF JUSTICE -

_____

DEFENDANT(S).

Case No.: 2:16-CV-04323-GW-FFM
(To be supplied by the Clerk)

COMPLAINT FOR:

the CIVIL Right Act
42 U-S-C 1983
Five SEIONER JUDGE's
COURT PANNEL FOR THIS LAWSUITE

Jury Trial Demanded: ☒ Yes  ☐ No

## I. JURISDICTION

PANNEL OF, JUDGE's

1. This Court has jurisdiction under ON 6-19-14 SYSTEM 6-18-14 I WENT TO US DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA AT CLARK OFFICE G8 I WAS TREATED WITH DISRESPECT, INSULTE, CRUALTY, BY the COURT CLARK 3 INDIVIDUAL'S I NEED TO FILE 6 LAW SUITE'S CLARK CHRIS THREATEN ME HE SAID GIVE ME ALL SIX ORIGHAL'S AND COPY'S OR YOU WILL NOT BE ABEL TO FILE THEM I WILL CALL THE SECURITY TO KICK YOU OUT OF THE BUILDING. DISCRIMENATION AGAINST MY 9 CLAIM's ~~CLAIMS~~ OF DISCRIMENATION AND REFUSE TO FOLLOW FILLING RULE's, took AWAY SUMMON FORM's, REFUSE to TAKE eveDimRE INSULT BY SECURITY STAFF    DETAIL IN STATEMENT OF FACT's AND CAUSE OF ACTION

Revised: August 2011
Prepared by Public Counsel

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 14 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## II. VENUE

2. Venue is proper pursuant to DECLERATION OF SUCH, TRUTH ON SATURDAY 10-19-13 SYSTEM CHANGE THE DAY AND DATE ON ME JUST TO PROOF THAT SYSTEM IS RIGHT, THEY CHANGE IT TO FRIDAY 10-18-13 I CAUGHT THEM BY FULL MOON CALANDER NOW SYSTEM IS ONE DAY BEHIND FULL MOON CALANDER THAT WHY YOU SEE TWO DATES IN THIS LAW SUITE AND FROM NOW ON EVERY LAW SUITE.

## III. PARTIES

3. Plaintiff's name is IZAZ KHAN                . Plaintiff resides at: RIGHT OUT SIDE MENTAL HEALTH HEAD OFFICE PARKING LOT WHICH IS LOCATED ON 523 SHATTO PL AT THE EXIT GATE RIGHT NEXT TO RED ZONE LA CA 90020, I am REMOVED FROM THIS SITE ON 5-25-16 WEDNESDAY SYSTEM 5-24-16 TUESDAY.

4. Defendant HEAD CLARK OF COURT TERREY NAFISI BLACK

5. Defendant SHERON McGEE TAYLOR SUPERVISER BLACK AFRICAN AMERICAN

2

Page Number

___. Defendant DEPUTY CLARK & RHONDA MARSHELL
*Insert ¶#*

BLACK AFRICAN AMERICAN.

___. Defendant BLACK AFRICAN AMERICAN CHRIS
*Insert ¶#*

___. Defendant IN HOUSE SECURITY, MIKE)
*Insert ¶#*

DOUG, CRAIG OVERLOOK BY U.S MARSHELL

___. Defendant DEPARTMENT OF JUSTICE.
*Insert ¶#*

## IV. STATEMENT OF FACTS

On 6-19-14 SYSTEM 6-18-14 it WAS the LAST DAY OF MY State OF ALASKA ID to Be EXPiRED it WAS MY BiRth DAY, I HAD 6 LAW Suite's to FiLE Because AFter toDAY I wiLL Not Be ABel to come to tHE Court House to FiLE MY LAWSuites I will give titels OF 6 LAW Suite's FoR FutHER REFERAnce. AnD DATE's OF inceDent oR DiScrimenAtion, with CASE #

1- DePt OF Home LAnDSecurity iCE unit LA County JAiL
   iCE SuPERViSER LoPez, Refusing to tRAnSPoRt ME BACK
   to AncHoRAge ALASkA · DiRecToR OF iCE timothy·S·
   RoBBiN'S oN 7-2-12 ReFuSE oN 8-20-12 CASE# CV-14-4681

2- LA County SHERiFF DePt
   SHERiFF Lee RACA JAiL SuPERitEnDEnt
   FoR wRongFull iHcARSERAtion
   Doc JAiL DoctoR AnD MEDicAl StAFF
   FoR MAL-PRactice AnD NegLigent CASE# CV-14-4683

3- LAPD CHiEF OF PoLiCE CHARLiE BECK
   OLYMPic PoLiCE StAtion inCHARge NiEto
   FoR BASELESS, FRiVoLous CASE AnD WARRENt AnD
   ARREgt OFFiceR, TRujiLLo, ALcoceR, white OFFiceR
   oN 7-2-12 CASE #CV-14-4690

4- LAPD CHiEF CHARLiE BECK
   OLYMPic PoLiCE StAtion inCHARg NiEto FEMAlE
   Hit BY a CAR going 40ML/HR oN 9-13-12 tHuRSDAY
   FoR Not tAKing a PoLiCE RePoRt AnD iNSuRAnce
   By two PoLiCE OFFiceR white MALE
   HASPAnic FEMALE CASE# CV14-4696

5- LA FiRE DePt CHiEF BRiAn CummiNg FoR Not
   tAKing CompLeAt MEDicAl RePoRt BY PARAMiDic
   uNit Hit By a CAR going 40 ML/HR oN 9-13-12
   CASE# CV14-4695

4

*Page Number*

## IV. STATEMENT OF FACTS

6. Insert ¶# HOLLYWOOD PRESBYTERIAN MEDICAL CENTER LA CA DR MANZARI AND GABRIELA LOPEZ NO MEDICAL CARE MAL-PRACTICE, PLACEBO's WHOLE MEDICAL STAFF WHO ATTENDID ME, HIT BY a CAR going HOM/HROH 9-13-12 CASE # CV14-4693                              THURSDAY AS I PASS THROUGH THE IN HOUSE SECURITY ROOM I went to CLARK OFFICE HANDY CAP WINDOW GIS FIRST CAME SUPERVISER SHEROH AS ME IF I BEAM HELP I SAID NO SHE SAID I WILL SEND SOME CH I SAID OK, THEN CAME RHOHDA RHOHDA ARE YOU BEING HELD I SAID NO, SHE SAID I WILL SEND SOME CHE I SAID OK THEM FOR NEXT 40 MIN NO CHE SHEW UP I KNECK THE WINDOW FOR HELP a BLACK AFFRICAM AMERICAM guy AGE 45 to 50 YEAR OLD SHOW UP, tell ME LIKE a Insert ¶# POLICE OFFICER CRACK OPEN THE HANDY CAP WINDOW SAY HAND ME BOTH 6 ORIGIAAL's AAND COPY's OF YOUR LAWSUITE's THAT you NEED TO FILE toDAY I SAID YOU HAVE TO DO THAT IN FRONT OF ME TO WHICH HE SAID NO GIVE IT TO ME OR YOU WILL NOT BE ABEL TO FILE THE LAW SUITE'S AND I WILL CALL THE SECURITY. THE WHOLE BLOODY SYSTEM DO NOT WANT ME TO FILE MY LAW SUITE) AND I NEED TO FILE THEM SO I GAVE HIM MY DOCUMENTS ORIGIAALs AAD COPY's HE TOOK THEM FROM THAT CRACK OPEN WINDOW AAND LEFT I WEIGHT FOR ANOTHER 40 MIN, HE SHOW UP WITH ONE LAW SUITE COPY THEM ANOTHER 5 MIN ANOTHER LAWSUITE COPY. I SAID to HIM LET ME TAKE a LOOK At THEM. IF EACH LAW SUITE HAS ALL THE DOCUMENT HAVE Insert ¶# COURT CASE # time STAMP, AND EACH FORM IS IN THERE to MY SERPRISE SUMMON FORM'S WERE MISSING IN EACH LAW SUITE. I ASK HIM WERE THE SUMMON'S FORM'S ARE, HE SAID I HAVE TAKE OUT ALL THE SUMMON FORM OUT OF YOUR COURT CASE COPY's OF RECORD'S WITHOUT ASKING ME WITHOUT TELLING ME THE REASON WHY HE KEEP IT I ASK HIM TO FILE SUPPORTING DOCUMENTS EVIDENCE FOR SIX LAW SUITE's HE REFUSED IT. ALL FILLING RULES WERE DISREGIBID, HE CALL THE IN HOUSE SECURITY SUPERVISER MIKE, DOUG, CRAIG SHOW UP ASKING ME TO LEAVE OR THEY WILL CALL LAPD TOTAL INSULT By CLARK OFFICE AND THE SECURITY STAFF I WAS ESCORTED OUT SIDE THE BUILDING WITH INCOMPLEAT DOCUMENT-

5

*Page Number*

## V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

(DiSCRiMENATion, AgAiust MY NATIONAL ORigen, MY DiSABLetY, )
*insert title of cause of action*

(As against Defendant(s): U-S DistRict ceuRt ceNtRAL DistRict OF CALIFORNIA CLARK OFFICE
HeAD CLARK TeRREY NAFiSi, SHERON, RHONDA, CHRIS )

THIS KiND OF BEHAViON HAS BeAN DemeNStRATED BeFOuR BY tHE CouRt CLARR wHeN I FiRSt StARtED FiLLiNg MY LAW Suite's iN 2012 AgAiust HoMe LANd seeuRity PAKiStAN CouNSuL AtE GieNRAL, tHAi AiRLiNE, wHeN I weNt to FiLe my DocumeNt's, CouRt CLARK SHERON Megee AND

RHCHDA MARSHELL ReEuse to FiLE MY 3 CASe OF LAW Suite Because I RefuseD to SigN CoNSeM t FoRm & ADDeD Rule "c" tHeN I ASk to SPeAK to HeAD CLARK TERREY NAFiSi the CouRt CLARK SAiD Site is Not goiNg to see But I CAN CALL

HER AND ASK HER, to wHiCH i SAiD go A HeAD SHE iNStRucteD tHe CouRt CLARK to FiLe MY 3 LAW Suite's tHe wHoLe CLARK oFFiee got AmNBARASE D tHAt I DeCLiNE a mANDotoRY CooNDition iN FiLLiNg a LAW Suite. "To SHAEE" CouRt CLARK. DiSCRiMiNA tiON.

## SECOND CAUSE OF ACTION

(Discrimenation Recent event 911, my Political Beliefs)

*insert title of cause of action*

(As against Defendant(s): US District Court Central District
of California.

HEAD CLARK TERREY NAFISI, SHERON, RHONDA, CARIS. )

THEREFORE to get even with me the CLARK
*Insert ¶#*
OFFICE DID this to me to TAKE AWAY the Summons
FORM's FROM all SIX LAW Suite AND BRAKE the
FILLING RULE's, MY REFUSE to CONSENT FORM
is a mAtter of CHOOSE IF You wAnt OR Do Not wAnt

I see Nothing But US DEPARTment OF Justice
*Insert ¶#*
MAKIng Rules AND CONDition thAt Fit there Need
And they ARE uNABel to exPLAin whAt thAt
ConsENt FORM meAn How it is aPPLIED, And ASK
Me to SigN, Just to sAy oh you sign the consent

FORM therefore it is Now MAMDotory you Do this
*Insert ¶#*
OR thAt the other Reason FOR All three CLARK's
to treAt me ~~this~~ So iNHumANE is ALL three ARE
BLACK AFRICAN AmeRICAN, they Do Not Like Any one
Edse OTHER the BLACK they wANt me to uNDERstAnd
there igNoRence, AND Be Like them, which I cANNot
Do, AND DUE to 911 BLACK AFRICAN AmeRICAN ARE Pist thAt
they Lost.

## THIRD CAUSE OF ACTION

(DiSCRimenAtion CRuM HARSH PunishmeHt, No MeDiCAL CARE,____)
*insert title of cause of action*

(As against Defendant(s): U.S DiStRiCt CouRt CeHtRAL DistRiCt
oF cALiFoRNiA.

HeAD CLARK teRRey MAFiSi, SHeRon, RHOHDA, CHRiS.____)

*Insert ¶#* BeHiND ALL OF tHiS SHREADE iS wHite MAH SHowing HiS PoweR HiS DiSCRimenAtion HiS CRuALty AnD iHe MeDiCAL CARte. By JuDge's not tAKing AHy Action. wHeH I FiLe tHese LAw Suite's

*Insert ¶#* BRAKiNg tHeRe owH LAw's tHAt tHey PRomis they PRotect, No MeDiCAL CARte Ho PoweR CHAiR. I SueFER FRom PASt 6 yeAR's iH LA AnD FRom PASt 11 yAR's SiNee My DiSABiLCty StARteD. Now I Do Not

*Insert ¶#* HAVE MY SPot oR My PLAce At 523 SHAtto PL Because OLympic StAtioH PoLice took AwAy MY PLAce,

_8_

*Page Number*

**FOURTH CAUSE OF ACTION**

(DiSCRimeNATioN, NoDue Process, Hate Crime, Religious Belief's

*insert title of cause of action*

(As against Defendant(s): US DiSTRict Court CENTRAL DiSTRict OF CALiFORNiA.

HEAR CLARK tERREY HAFiSi, SHERON, RHONDA, CHRIS,        )

SECURITY STAFF, mike, DCug, CRAig.

FURTHER MoRE NOME OF THE SEiONER *Insert ¶#* Court CLARK Came out tERREY, SHERON, RHONDA Because they ARE in on it they ARE OCETRATE it FRom BEHIND it tell me How mucH ANOmiscty is in this CouNtRY

Against a HANDY CAP PERSON How much they *Insert ¶#* DisLike me. they Acted Just Like the Police they wanted me to get Assaulted BY the Seeurty them LAPD would Come AND ARRest me AND take me to JAiL total insult BY

the Security STAFF Mike, Doug, cRAig *Insert ¶#* they show DisRespect No ConsiDeRAtion OF MY DiSABLetY, totALL HATRED By US DiStRict court CENTERAL DiStRict OF CALiFORNIA. AND SECURiTY STAFF, U.S. MARSHELL Dept OF JustiCE Against a HANDY CAP.

9

*Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

FIVE SENIOR JUDGE'S COURT PANNEL, FOR THIS LAW SUITE ONE Insert ¶# FROM EACH MULTIETHNIC BACK GROUND, I WANT EACH JUDGE DICISION IN WRITING IN DETAIL; REQUESTING THE JUDGE'S to ORDER, DHLSICE, LAFD, LAPD, SHERRIF, US MARSHELLS, to TRANSFERT ME WITH 2 PEOPLE PREFEABLEY MALE to ANCHORAGE ALASKA. AS I am WRITING THIS I am getting HELP FROM MAYER ERIC GARSCHTI, ADA DEPARTMENT, I am TALKING to them Regarding my DISABLETY issues ALSO ASKING FOR 2 PAGE PROOF LETTER Regarding my DISABLITY AND HOW I SURVIVE FOR 6 YEAR AND WERE, AND to VERIFIE that I CAN NOT STAND, WALK, OR HELD MY NECK, DUE to MY 5 CRONIC PAIN INSUREY'S AND MEDICAL CONDITION OF CRONIC BLEED CONSTAPATION, Be Insert ¶# PERMENT BY ALASKA MEDICAL BOARD AND HELP ME get my WORK MAN COMPATION BENITETTS IN ANCHERAGE ALASKA I HAVE ALSO ASK FOR INTERPERATOR FROM URDU to ENGLISH REQUESTING PUNITIVE DAMAGE'S AmouNT OF MONEY CASH IN US Dollers 14,000,000,000, FOR THEAN BILLION DOLLER'S CASH, PAY THIS AmouNT IN FULL OR THIS AMOUNT WILL GO UP HIGHER. PAY FOR PRIVATE DOCTOR FOR CRONIC PAIN MANAGMENT OF 5 INJUREY'S AND PAY FOR MY MEDICATION, NARCOTIC, MUSCAL RELECANT, SPASAM AND SLEEPING MEDICATION, BUY ME NEW ELECTRIC POWER WHEELCHAIR RECLINE BACK, HEADREST, CAN VERTICAL RISE UP, AND FOOT REST AND ADJUSTABEL BACK BOTH SIDE CONTROLE LIVER, BUY ME BRAND NEW Insert ¶# ZERO MILE JAPANESE SPORT VAN FULLEY POWERD 4WD PASSANGER SIDE AND DRIVER SIDE SEAT, WHEL CHAIR ACCESABEL EQUIPED WITH MEDICAL EMERGENCY ON STAR FULLEY INSURED WITH ROAD SIDE ASSISTANCE. REQUESTING FOR two PRIVATE ATTORNEY'S BE OF MY CHOOSING. to BE MY CO COUNSEL. PAYED BY DEPT OF JUSTICE, FOR THIS LAW SUITE Requesting FOR US DISTRICT COURT CERTIFIDIE INTERPERATOR, FROM URDU to ENGLISH. IN PERSON. I WILL SEE HIS CERTIFICATION FIRST AND THEN COME TO THE COURT. HEARING NEED COPY'S OF HIS CERTIFICATION FOR MY RECORD. JUDGE'S ORDER LAPD OLYMPIC STATION Police to RETURN MY STOLEN DOCUMENTS EVIDENCE. AND Insert ¶# 12 ORIGINAL DESIGNE'S AERO DYNIMIC BY IZAC KHAAN, I am AS Requesting FOR MEDIA PRESENT NEW'S MEDIA, INTERNATIONAL, NATIONAL, LOCAL, NEW, MEDIA. to Be ORDER BY COURT CASE JUDGE'S. SEE ATTACH MY STATE OF ALASKA ID CARD.

Dated: 6 - 11 - 16

Sign: _____

Print Name: IZAZ KHAN

10

Page Number

<div style="border: 1px solid black; display: inline-block; padding: 10px;">

**DEMAND FOR JURY TRIAL**

</div>

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: ___6 - 11 - 16___

Sign: _____

Print Name: ___IZAZ KHAN___

---

11

*Page Number*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** IZAZ KHAN RESIDE At 523 SHATTO PL CROSS St 6 +H St LA CA 90020 Right out side mental health city county PARKING Lot next to Red zone PAVEMent

**DEFENDANTS** US DEPt oF Justice US DISTRICt CouRt CENtRAL DistRICt oF CALIFORNIA LA CA CLARK OFFICE G18 PRo-SE Section HeAD CLARK tERREY HAFISi, SHERON meGee TAYLoR RHONDA MARSHELL, CHRIS, in House SecuRity Mike, Doug, CRAig, overLock By US MARSHELL

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys** (If Known)

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.) FoR tHE EACH BILLion US DoLLERS CASH

CLASS ACTION under F.R.C.P. 23: ☐ Yes ☐ No

☐ MONEY DEMANDED IN COMPLAINT: $14,000,000,000, US DoLLER'S CASH

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☒ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | DISCRIMENATION | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

6-11-16

FOR OFFICE USE ONLY:  Case Number: **2:16-CV-04323-GW-FFM**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)

CIVIL COVER SHEET

Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑No  ☐Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY PLAintiff _____    Date  6 - 11 - 16

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

US District Court
Central District of California
Pro-Se Section Court Clark                    Date 6-11-16

Pro-Se Court Clark I am enclosing 1 Original
copy of Law Suite case with 1 copy of the origual
for my Record Aloug with 2 motion, one for
interperator, the other to Appoint counsel
I am Requesting to time stamp my Law suite
with court case # on all Document civil cover
sheat, informa pauperrise Applecation, Summon's.

The Law Suite titel is as follow's

US District Court Central District of California
Clark Offece 615 Pro-Se section head clark Terrey Nafisi

① You will find self stamp self address emvcelope
to mail my copy of Recerd Law suite to
Karale Bechtol C/o Izaz Khan

Izaz Khan

# PRIORITY
# ★ MAIL ★

**P**

US POSTAGE AND FEES PAID
PRIORITY MAIL
Jun 11 2016
Malled from ZIP 90010
PM Flat Rate Env

endicia.com

CommercialPlusPrice

071S00680310

## PRIORITY MAIL 1—DAY

Ihop
3165 W 6th St
Los Angeles CA 90020

0006

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

CV

SHIP TO:

**US District Court**
**Central District of California**
**312 N SPRING ST**
**STE G8**
**LOS ANGELES CA 90012—2095**

# FLAT RATE ENVELOPE
## ONE RATE ★ ANY WEIGHT*

### USPS TRACKING #



9405 5102 0088 3097 7202 44



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

RRD RF 0516

EP14F July 2013



**UNITED**
**POSTAL**

Case 2:15-cv-0423-GW-FFM   Document 1   Filed 06/16/16   Page 15 of 15   Page ID #:15